# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Efren Sanchez-Carillo** <br> YOB: 1972; Citizen of Mexico | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 20-00480MJ |
| Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 28, 2020, at or near Douglas, in the District of Arizona, **Efren Sanchez-Carillo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on July 10, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Efren Sanchez-Carillo** is a citizen of Mexico. On July 10, 2020, **Efren Sanchez-Carillo** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On July 28, 2020, agents found **Efren Sanchez-Carillo** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Efren Sanchez-Carillo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is <br> LMG2/AJC <br> AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title) <br><br> OFFICIAL TITLE <br> Border Patrol Agent <br> Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> July 29, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54